```
+--------------------------------------------------------------------------+
|          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA         |
|          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0022--CR (OMP)    |
|                    "USA V ARNOLD WESLEY FLOWERS ET AL"                    |
|                       DEF 1.1 FLOWERS, ARNOLD WESLEY                      |
+--------------------------------------------------------------------------+
|          Including terminated defendants, excluding terminated counsel    |
+--------------------------------------------------------------------------+
```

```
      Presiding Judge:  The Honorable Owen M. Panner, U.S. District Judge
     Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed:  02/21/02
               Closed:  07/24/03
    No. of Defendants:  2
       MJ Case Number:  A02-0013--MJ
                  AKA:
      Location status:  U.S. Custody
           Trial date:
          Terminated:  YES
    Needs interpreter:  NO
    Counsel of record:  Hugh W. Fleischer
                        310 K Street, Suite 200
                        Anchorage, AK 99501
                        907-264-6635
                        FAX 907-264-6602
                        Serve: YES
                         Type: CJA
                         Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  United States Attorney
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Appeal

                    Nancy K. Oliver
                    U.S. Department of Justice
                    950 Pennsylvania Avenue, N.W.
                    Domestic Security, Suite 6746
                    Washington, DC 20530
                    202-307-3245
                    FAX 202-616-5748
                    Serve: YES
                     Type: Not specified
                     Role: Appeal

                    Jerry Massie
                    U.S. Department of Justice
                    950 Pennsylvania Avenue, N.W.
                    Domestic Security, Suite 6746
                    Washington, DC 20530
                    202-514-1769
                    FAX 202-616-5748
                    Serve: YES
                     Type: Not specified
                     Role: Appeal
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"
DEF 1.1 FLOWERS, ARNOLD WESLEY

Including terminated defendants, excluding terminated counsel

Counts re: DEF 1.1 FLOWERS, ARNOLD WESLEY

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:371 CONSPIRACY (F) | Sentenced (205-1) |

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0022--CR (OMP)
                   "USA V ARNOLD WESLEY FLOWERS ET AL"
                      DEF 2.1 KHAMSOMPHOU, SOMPONG
```
─────────────────────────────────────────────────────────────────────
```
          Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Owen M. Panner, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed:  02/21/02
              Closed:  07/24/03
  No. of Defendants:  2
     MJ Case Number:  A02-0014--MJ
                 AKA:
     Location status:  U.S. Custody
          Trial date:
          Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Allison E. Mendel
                      Mendel & Associates
                      431 W. 7th Avenue, Suite 101
                      Anchorage, AK 99501
                      907-279-5001
                      Serve: YES
                       Type: CJA
                       Role: Appeal

                      David R. Weber
                      Vasquez & Weber PC
                      943 W. 6th Avenue, Suite 132
                      Anchorage, AK 99501
                      907-279-9122
                      FAX 907-279-9123
                      Serve: NO
                       Type: CJA
                       Role: Other

                      Sompong Khamsomphou
                      Pro Per
                      Hiland Mountain Correction Cente
                      9101 Glenn Highway
                      Eagle River, AK 99577
                      Serve: YES
                       Type: Waived or Self
                       Role: Appeal


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  United States Attorney
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Appeal

                      Nancy K. Oliver
                      U.S. Department of Justice
                      950 Pennsylvania Avenue, N.W.
                      Domestic Security, Suite 6746
                      Washington, DC 20530
                      202-307-3245
                      FAX 202-616-5748
                      Serve: YES
                       Type: Not specified
```

Case 3:02-cr-00022-OMP   Document 206   Filed 02/21/02   Page 3 of 21

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0022--CR (OMP)
                        "USA V ARNOLD WESLEY FLOWERS ET AL"
                        DEF 2.1 KHAMSOMPHOU, SOMPONG
             ───────────────────────────────────────────────────────────
             Including terminated defendants, excluding terminated counsel
```

```
                Role: Appeal

                Jerry Massie
                U.S. Department of Justice
                950 Pennsylvania Avenue, N.W.
                Domestic Security, Suite 6746
                Washington, DC 20530
                202-514-1769
                FAX 202-616-5748
                Serve: YES
                 Type: Not specified
                 Role: Appeal
```

Counts re: DEF 2.1 KHAMSOMPHOU, SOMPONG

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:371 CONSPIRACY (F) | Sentenced (206-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
                              "USA V ARNOLD WESLEY FLOWERS ET AL"

                                    For all filing dates
```

Presiding Judge:  The Honorable Owen M. Panner, U.S. District Judge
Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 02/21/02
             Closed: 07/24/03
No. of Defendants: 2

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 02/21/02 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 1/22/02 in A02-013 MJ (AHB). |
| NOTE - 2 | 02/21/02 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 1/23/02 in A02-014 MJ (AHB). |
| NOTE - 3 | 02/21/02 | Issued: Proposed Trial Date Setting for arr re: def 1 and 2 to HRH CMC. |
| 1 - 1 | 02/21/02 | [Re: DEF 1-2] PLF 1 Indictment. |
| 2 - 1 | 02/21/02 | [Re: DEF 1] JDR Grand Jury Minutes; no bail set (det per 18:3142); set for arr and notify USM; in custody. |
| 3 - 1 | 02/21/02 | [Re: DEF 2] JDR Grand Jury Minutes; bail as set by MJ cont; set for arr and notify USM. |
| 4 - 1 | 02/21/02 | [Re: DEF 1] Documents 3-12 transferred from: A02-013 MJ (AHB) to A02-022 CR (HRH). |
| 5 - 1 | 02/21/02 | [Re: DEF 2] Documents 2-13 transferred from: A02-014 MJ (AHB) to A02-022 CR (HRH). |
| 6 - 1 | 02/21/02 | [Re: DEF 1-2] AHB Minute Order that arr re: def 1 is set 10:30 a.m., 2/22/02; arr re: def 2 is set 11:00 a.m., 2/22/02.  cc: USA, FPD, H. Pearce, USM, PO |
| NOTE - 4 | 02/22/02 | Issued: Notice of Speedy Trial Act ddlns re: def 1 to HRH CMC. |
| NOTE - 5 | 02/22/02 | Issued: Notice of Speedy Trial Act ddlns re: def 2 to HRH CMC. |
| 7 - 1 | 02/22/02 | [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 3/8/02. cc: USA, FPD |
| 8 - 1 | 02/22/02 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held 2/22/02); def plea not guilty; det continued; ptms due 3/8/02. |
| 9 - 1 | 02/22/02 | [Re: DEF 2] AHB Order regarding preparation for trial; ptms due 3/8/02. cc: USA, H. Pearce |
| 10 - 1 | 02/22/02 | [Re: DEF 2] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held 2/22/02); def plead not guilty; cond's of release to remain as set; ptms due 3/8/02. |
| 11 - 1 | 02/27/02 | [Re: DEF 1-2] HRH Minute Order setting TBJ for 9:00 am on 4/22/02. cc: USA, USM, PO, FPD, H. Pearce, MJ Branson, jury clerk |
| 12 - 1 | 02/28/02 | [Re: DEF 1-2] HRH Minute Order recusing and reassigning case to Judge Singleton.  cc: USA, USM, PO, FPD, H. Pearce, Judge Singleton, MJ Branson, Jury Clerk |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 02/28/02 | [Re: DEF 2] Return of WOA executed on 1/23/02 at Anchorage, AK. |
| 14 - 1 | 03/04/02 | [Re: DEF 1-2] JKS Minute Order re: TBJ remains as previously scheduled 4/22/02 at 9:00 a.m.  FPTC is set for 4/17/02 at 8:30 a.m. courtroom #3. C. Randell, K. McCoy, H. Pearce, MJ Branson, USM, USPO, JC |
| 15 - 1 | 03/05/02 | [Re: DEF 1-2] AHB Minute Order that crt has reserved entire p.m. of 4/2/02 and entire a.m of 4/3/02 for any necessary hrg evid or otherwise; parties to mark their calendars accordingly; parties will be notify by further MO re: crt's determination regarding necessity for hrg.  cc: USA, FPD, H. Pearce, USM, PO |
| 16 - 1 | 03/08/02 | DEF 2 motion for severance w/att memo & exhibits. |
| 17 - 1 | 03/14/02 | [Re: DEF 1-2] PLF 1 Conference certification. |
| 18 - 1 | 03/14/02 | [Re: DEF 2] PLF 1 non-opposition to DEF 2 motion for severance (16-1). |
| 19 - 1 | 03/15/02 | [Re: DEF 1-2] AHB Minute Order that ptms ddln expired 3/8/02; only pending mot has been non-opposed by govt; hrg on mot not necessary; 4/2 and 4/3 evid hrg is VACATED.  cc: USA, K. McCoy, H. Pearce, USM, PO |
| 20 - 1 | 03/19/02 | [Re: DEF 2] JKS Minute Order granting motion for severance (16-1). |
| 21 - 1 | 03/28/02 | DEF 1 motion to disqualify the office of the US Attorney for the District of AK w/att memo. |
| 22 - 1 | 04/04/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to disqualify the office of the US Attorney for the District of AK (21-1). |
| 23 - 1 | 04/04/02 | PLF 1 Notice of substitution of counsel of Audrey Renschen for USA. |
| 23 - 2 | 04/04/02 | [Re: DEF 1-2] PLF 1 Unopposed motion on shortened time to continue jury trials w/in the speedy trial limits. |
| 24 - 1 | 04/04/02 | [Re: DEF 1-2] JKS Minute Order hrg re: plf's unopposed motion to continue jury trials w/in speedy trial limits  on shortened time is set for 4/12/02 at 3:00 p.m.  cc: USA, FPD, H. Pearce USM, USPO, MJ Branson |
| 25 - 1 | 04/05/02 | [Re: DEF 2] JKS Order of excludable delay under section 3161(h)(1)(F). |
| 26 - 1 | 04/05/02 | DEF 2 joinder to DEF 1 motion to disqualify the office of the US Attorney for the District of AK (21-1). |
| 27 - 1 | 04/05/02 | DEF 1 motion for leave to file reply memorandum (re: mot to disqualify). |
| 28 - 1 | 04/08/02 | [Re: DEF 1] AHB Minute Order granting motion for leave to file reply memorandum (27-1); reply brf due NOON 4/8/02.  cc: USA, K. McCoy |
| 29 - 1 | 04/08/02 | DEF 1 reply to opposition to DEF 1 motion to disqualify the office of the US Attorney for the District of AK (21-1) w/att exh. |
| 30 - 1 | 04/08/02 | [Re: DEF 1-2] JKS Minute Order that parties seeking recusal of JKS file notice by 4:00 p.m. on 4/10/02. cc: USA, FPD, H. Pearce, MJ Branson |
| 31 - 1 | 04/08/02 | DEF 1 motion to consolidate A02-022 CR (JKS) with A02-028 CR (JWS) for trial w/att memo. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 32 - 1 | 04/09/02 | [Re: DEF 1] AHB Order denying motion to disqualify the office of the US Attorney for the District of AK (21-1). cc: USA, FPD, H. Pearce |
| 33 - 1 | 04/11/02 | {SEALED} |
| 33 - 2 | 04/11/02 | {SEALED} |
| 34 - 1 | 04/15/02 | DEF 2 joinder to DEF 1 appeal of MJ decision re: disqualification of AUSA Randell (33-2). |
| 35 - 1 | 04/15/02 | DEF 2 qualified non-opposition to DEF 1 motion to consolidate A02-022 CR (JKS) with A02-028 CR (JWS) for trial (31-1). |
| 36 - 1 | 04/18/02 | [Re: DEF 1-2] JKS Court Minutes [ECR: Robin Carter] hrg re: govt's unoppo mot to cont TBJs w/i speedy trial limits held 4/12/02; granting unoppo mot to continue TBJs w/i speedy trial limits (23-2); 4/22/02 TBJ reset 7/22/02 at 9:00 a.m.; crt found excludable delay under 18:3161(h)(8)(A)(B); DEF 2 to file notice of joinder or qualified non-oppo to join DEF 1 mot to try cases A02-022CR (JKS) & A02-028CR (JWS) together; granting in A02-028CR (JWS) mot for request for a response by DEF 2 to DEF 1 mot to consolidate cases for TBJ and for ext of time to respond to the issue of consol at dkt 36; govt's respone due 4/19/02; defs reply due 4/24/02; question of consol and question of whether the USA's office is disqualified will be decided 1st; govt cnsl to give indication to the crt of order in which case will be tried; crt will discuss matter with Judge Sedwick; DEF 2's notice of joinder in DEF 1 Notice of Appeal due 4/15/02; referral to MJ Branson w/d, crt will set matter for o/a w/o further brfing after mot for consol is decided; 4/17/02 FPTC reset for 7/12/02 at 9:00 a.m. cc: USA, FPD, H. Pearce, USM, USPO, JC, MJ Branson, Judge Sedwick, MJ Roberts, A02-028CR (JWS) |
| 37 - 1 | 04/19/02 | [Re: DEF 1-2] PLF 1 opposition to DEF 1 motion to consolidate A02-022 CR (JKS) with A02-028 CR (JWS) for trial (31-1). |
| 38 - 1 | 04/24/02 | DEF 1-2 reply to opposition to DEF 1 motion to consolidate A02-022 CR (JKS) with A02-028 CR (JWS) for trial (31-1) w/att exhs. |
| 39 - 1 | 04/26/02 | [Re: DEF 1] JKS Minute Order denying briefing on appeal of MJ decision re: disqualification of AUSA Randell (33-2). The decision at dkt 32 is affirmed. (AUSA) A. Renschen may continue to prosecute this case. cc: A. Renschen, K. McCoy, MJ Branson, USM, USPO |
| 40 - 1 | 04/29/02 | [Re: DEF 1] JKS Minute Order denying motion to consolidate A02-022 CR (JKS) with A02-028 CR (JWS) for trial (31-1). cc: A. Renschen, K. McCoy, H. Pearce, MJ Branson, Judge Sedwick, USM, USPO |
| 41 - 1 | 06/04/02 | DEF 1 Notice of Intent to change plea. |
| 42 - 1 | 06/04/02 | DEF 2 Notice of Intent to change plea. |
| 43 - 1 | 06/04/02 | [Re: DEF 1-2] JKS Minute Order reassigning case to Judge Sedwick by agreement of the judges; use case number A02-022 CR (JWS) on all future filings. cc: USA, FPD, H. Pearce, USM, USPO, MJ Branson, JC, Judge Sedwick |
| 44 - 1 | 06/04/02 | [Re: DEF 1] JWS Minute Order setting PCOP for 6/6/02 at 9:30 a.m.; JKS FPTC on 7/12/02 and TBJ on 7/22/02 vacated. cc: USA, FPD, USM, USPO, JC, MJ Branson, Judge Singleton |

Case 3:02-cr-00022-OMP   Document 206   Filed 02/21/02   Page 7 of 21

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 45 - 1 | 06/04/02 | [Re: DEF 2] JWS Minute Order setting PCOP for 6/6/02 at 10:15 a.m.; 7/12/02 FPTC and 7/22/02 TBJ vacated. cc: USA, H. Pearce, USM, USPO, JC, MJ Branson, Judge Singleton |
| 46 - 1 | 06/05/02 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 47 - 1 | 06/05/02 | [Re: DEF 2] PLF 1 Plea Agreement. |
| 48 - 1 | 06/07/02 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston/Denali Elmore] re: PCOP hrg held 6/6/02; def pled guilty to ct 1 of Indt; detention cont; IOS to be set by MO. cc: USA, FPD, USM, USPO, MJ Branson |
| 49 - 1 | 06/07/02 | [Re: DEF 2] JWS Court Minutes [ECR: Caroline Edmiston/Denali Elmore] re: PCOP hrg held 6/6/02; def pled guilty to ct 1 of Indt; detention cont; IOS to be set by MO 1st week of Sept. cc: USA, H. Pearce, USM, USPO, MJ Branson |
| 50 - 1 | 06/07/02 | [Re: DEF 1-2] JWS Minute Order setting DEF 1 IOS on 9/5/02 at 8:00 a.m. and DEF 2 IOS on 9/5/02 at 8:30 a.m. or as soon as DEF 1's IOS is completed. cc: USA, FPD, H. Pearce, USM, USPO, MJ Branson |
| 51 - 1 | 08/12/02 | DEF 1 Unopposed motion on shortened time to continue sentencing w/att aff. |
| 52 - 1 | 08/12/02 | DEF 1 motion on shortened time to withdraw as counsel of record and request for appointment of counsel w/att affs (under seal). |
| 53 - 1 | 08/13/02 | [Re: DEF 1] JWS Minute Order granting unoppo mot on shortened time to continue 9/5/02 IOS (51-1), mot on shortened time to w/d as cnsl of record and req for appt of cnsl (52-1). cc: USA, FPD, FPD (CJA Clk), USM, USPO |
| 54 - 2 | 08/13/02 | DEF 2 joinder to DEF 1 Unopposed motion on shortened time to continue sentencing (51-1). |
| 55 - 1 | 08/13/02 | DEF 1 Amended Certificate of svc re: DEF 1 Unoppo mot on shortened time to continue sentencing (51-1). |
| 56 - 1 | 08/13/02 | DEF 1 Amended Certificate of svc re: DEF 1 mot on shortened time to w/d as cnsl of record and req for appt of cnsl (52-1). |
| 57 - 1 | 08/13/02 | DEF 2 motion to withdraw as counsel of record and request for appointment of substitute counsel. |
| 58 - 1 | 08/13/02 | DEF 2 motion on shortened time to withdraw as counsel of record and request for appointment of counsel w/att affs (affs filed under seal). |
| 59 - 1 | 08/14/02 | [Re: DEF 2] JWS Minute Order granting mot to w/d as cnsl of record and req for appt of new cnsl (57-1), mot on shortened time to w/d as cnsl of record and req for new cnsl (58-1); new cnsl to be appointed; joinder in DEF 1's mot to continue 9/5/02 IOS granted. cc: USA, H. Pearce, USM, USPO, FPD (CJA Clk) |
| 60 - 1 | 08/19/02 | [Re: DEF 1] CJA appointment of Scott Dattan. |
| 61 - 1 | 08/21/02 | [Re: DEF 2] CJA appointment of S. Sterling. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 62 - 1 | 08/22/02 | [Re: DEF 1] Transcript re PCOP held 6/06/02. |
| 63 - 1 | 08/22/02 | [Re: DEF 2] Transcript re: PCOP held 6/6/02. |
| 64 - 1 | 09/17/02 | [Re: DEF 2] JWS Minute Order setting stat conf on 9/23/02 at 9:00 a.m.. cc: USA, S. Sterling, USPO, USM |
| 65 - 1 | 09/17/02 | [Re: DEF 1] JWS Minute Order setting stat conf on 9/24/02 at 8:00 a.m.. cc: USA, S. Dattan, USM, USPO |
| 66 - 1 | 09/20/02 | [Re: DEF 2] JWS Minute Order re: the status conference set for 9/23/02 is vacated.  cc: A. Renschen, S. Sterling, USM, USPO |
| 67 - 1 | 09/24/02 | [Re: DEF 2] JWS Minute Order re: stat conf held 9/23/02; DEF 2 mot to w/drw plea due 10/23/02; oppo due 11/5/02; reply due 11/8/02; if evid hrg set it will be held in A02-022 CR and A02-028 CR. cc: USA, S. Sterling |
| 68 - 1 | 09/25/02 | {SEALED} |
| 69 - 1 | 09/25/02 | DEF 1 Attorney Appearance of H. Fleischer. |
| 70 - 1 | 10/01/02 | DEF 2 motion to recuse all District of Ak Judges and assign case to outside judge w/att memo. |
| 71 - 1 | 10/03/02 | [Re: DEF 1] JWS Minute Order that DEF 1 mot to w/d guilty plea due 10/28/02; oppo due 11/8/02; reply due 11/13/02. cc: USA, H. Fleischer |
| 72 - 1 | 10/03/02 | [Re: DEF 2] JWS Minute Order that DEF 2 file suppl memo re: mot to recuse at dkt 70 due 10/11/02; plf's time to respond to mot at dkt 70 begins at filing of suppl memo. cc: USA, S. Sterling |
| 73 - 1 | 10/04/02 | PLF 1 opposition to DEF 2 motion to recuse all District of Ak Judges and assign case to outside judge (70-1). |
| 74 - 1 | 10/08/02 | DEF 2 Supplement re: DEF 2 motion to recuse all District of Ak Judges and assign case to outside judge (70-1). |
| 75 - 1 | 10/10/02 | DEF 2 reply to opposition to DEF 2 motion to recuse all District of Ak Judges and assign case to outside judge (70-1). |
| 76 - 1 | 10/15/02 | DEF 2 motion to withdraw w/att memo and aff. |
| 77 - 1 | 10/15/02 | DEF 2 motion to shorten time re: motion to withdraw w/att aff. |
| 78 - 1 | 10/16/02 | [Re: DEF 1-2] JWS Minute Order that mot to recuse at dkt 70 assigned to Judge Panner per designation by 9CCA Chief Judge Schroeder; all proceedings re: either def except mot to recuse are stayed pending ruling on mot to recuse. cc: USA, H. Fleischer, S. Sterling, Judge Panner, MJ Branson, USM, USPO |
| 79 - 1 | 10/18/02 | [Re: DEF 2] PLF 1 suppl response to DEF 2 motion to recuse all District of Ak Judges and assign case to outside judge (70-1). |
| 80 - 1 | 10/24/02 | [Re: DEF 1-2] Cert cy OMP Order granting mot to recuse all District of Ak Judges and assign case to outside judge (70-1), mot to w/drw (76-1), mot to shorten time re: mot to w/drw (77-1); case is reassigned to Judge |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Panner; use case number A02-022 CR (OMP) on future filings; FPD is directed to appoint new cnsl from CJA panel to represent DEF 2; both defs have until 12/9/02 to file mots to w/drw guilty pleas; oppos due 12/20/02; replies due 12/30/02; TBJ is set 6/2/03; DEF 1 to be tried first w/DEF 2 to follow; excludable delay found from 8/12/02 through 6/9/03. cc: USA, H. Fleischer, S. Sterling, Judge Sedwick, MJ Roberts, JC, FPD (CJA Clk), USM, USPO, Clerk, Chief Deputy, MJ Branson |
| 81 - 1 | 10/29/02 | [Re: DEF 2] CJA appointment of J. Pharr. |
| 82 - 1 | 11/06/02 | [Re: DEF 1] CJA appointment of H. Fleischer. |
| 83 - 1 | 11/18/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to correct incarceration conditions (84-1) |
| 84 - 1 | 11/19/02 | DEF 1 motion to correct incarceration conditions w/att memo |
| 85 - 1 | 11/19/02 | DEF 1 motion to withdraw plea w/att memo |
| 86 - 1 | 11/21/02 | DEF 1 reply to opposition to DEF 1 motion to correct incarceration conditions (84-1) |
| 87 - 1 | 11/25/02 | DEF 1 Supplemental reply re: DEF 1 motion to correct incarceration conditions (84-1) |
| 87 - 2 | 11/25/02 | DEF 1 motion to correct incarceration (supplement at #87 to be treated as a new motion) |
| 88 - 1 | 12/02/02 | [Re: DEF 1] Faxed cy (received 11/25/02) OMP Order denying motion to correct incarceration conditions (84-1); def's supp reply memo to be treated as a new motion; gvt has 10 days to respond. |
| 89 - 1 | 12/04/02 | [Re: DEF 1] Certified cy OMP Order denying mot to correct incarceration (84-1); DEF 1 suppl reply memo treated as new mot; plf has 10 judicial days to respond. cc: USA, H. Fleischer |
| 90 - 1 | 12/06/02 | DEF 1 motion for reconsideration of order denying mot to correct incarceration conditions w/att memo & aff |
| 91 - 1 | 12/11/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to correct incarceration (supplement at #87 to be treated as a new motion) (87-2). |
| 92 - 1 | 12/13/02 | [Re: DEF 1] Faxed cy OMP Minute Order that govt has until 12/20/02 to respond to DEF 1 mot to reconsider ord denying mot to correct incarceration conditions. cc: USA, H. Fleischer |
| 93 - 1 | 12/16/02 | [Re: DEF 1-2] PLF 1 Unopposed motion on shortened time for extension of time to file an opposition to defendants' motions to withdraw guilty pleas. |
| 94 - 1 | 12/17/02 | DEF 2 Notice of filing mot to w/drw guilty plea. |
| 95 - 1 | 12/17/02 | DEF 2 motion to withdraw guilty plea w/att memo and exh. |
| 96 - 1 | 12/20/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for reconsideration of order denying mot to correct incarceration conditions & declaration of special agent Colton W. Seal, FBI (90-1) w/att decla. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 97 - 1 | 12/20/02 | CJA appointment of J. Loescher for material witness Lisa Chantheseng. |
| 98 - 1 | 12/24/02 | [Re: DEF 1-2] PLF 1 consolidated opposition to DEF 1 motion to withdraw plea (85-1), DEF 2 motion to withdraw guilty plea (95-1) w/att exhs. |
| 99 - 1 | 12/30/02 | DEF 1-2 motion for one week extension of time to file reply to plaintiff's consolidated opposition to defendants' motions to withdraw guilty pleas. |
| 100 - 1 | 12/31/02 | [Re: DEF 1-2] certified cy OMP Minute Order granting motion for one week extension of time to file reply to plaintiff's consolidated oppo (99-1); brs are due 1/6/03. cc: USA, H. Fleischer, J. Pharr |
| 101 - 1 | 01/06/03 | DEF 1 reply to opposition to DEF 1 motion to withdraw plea (85-1)  w/att aff and exhs. |
| 102 - 1 | 01/07/03 | [Re: DEF 2] Certified cy OMP Minute Order granting DEF 2's unopposed mot fld in A02-028 CR to have until 1/8/03 to file reply in support of mot to w/drw plea. cc: USA, J. Pharr |
| 103 - 1 | 01/08/03 | [Re: DEF 1-2] OMP Minute Order granting unoppo mot on shortened time for extension of time to file an oppo (93-1); oppo due 12/24/02. cc: USA, H. Fleischer, J. Pharr |
| 104 - 1 | 01/08/03 | DEF 2 reply to opposition to DEF 2 motion to withdraw guilty plea (95-1) w/att exhs. |
| 105 - 1 | 01/10/03 | {SEALED} |
| 106 - 1 | 01/15/03 | DEF 1 motion to release tapes and transcripts. |
| 106 - 2 | 01/15/03 | DEF 1 motion for leave to file supplemental brief in support of motion to withdraw. |
| 105 - 2 | 01/24/03 | {SEALED} |
| 107 - 1 | 01/24/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to release tapes and transcripts (106-1). |
| 108 - 1 | 01/27/03 | [Re: DEF 1] Faxed cy OMP Order denying mot for leave to file suppl brief in support of mot to w/drw (106-2); granting mot to release tapes and trans (106-1); BOP to furnish DEF 1 cnsl copies of recordings and trans; copies to be fld under seal (orig rec'd 1/31/03 & stapled to this cy). cc: USA, H. Fleischer, J. Pharr, USM |
| 109 - 1 | 02/11/03 | [Re: DEF 1-2]  OMP Order granting motion to withdraw plea (85-1), motion to withdraw guilty plea (95-1) if they wish; defs must file sworn statement, signed by both atty & def confirming items in this order as stated. cc: USA, H. Fleischer, J. Pharr |
| 110 - 1 | 02/12/03 | [Re: DEF 1] OMP Order that TBJ is set for 06/02/03; FPTC is set for 05/08/03 at 12:30 p.m. Anchorage time; crt will initiate all telephone conf calls; pretrial mots due 03/10/03; responses due 03/18/03; replies due 03/24/03; hrg by telephone on any pretrial mots is set for 04/02/03 at 12:30 p.m. Anchorage time; govt trial docs due 04/15/03; defs are due 04/22/03. cc: USA, H. Fleischer, USM, USPO, MJ Roberts, JC |

Case 3:02-cr-00022-OMP   Document 206   Filed 02/21/02   Page 11 of 21

```
       UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
                    "USA V ARNOLD WESLEY FLOWERS ET AL"

                           For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 111 - 1 | 02/12/03 | [Re: DEF 2] OMP Order that TBJ is set for 06/02/03; Def 1 to be tried first; FPTC is set for 05/08/03 at 2:00 p.m. Anchorage time; crt will initiate all telephone conf calls ; pretrial mots due 03/10/03; responses due 03/18/03; replies due 03/24/03; hrg by telephone on any pretrial mots is set for 04/02/03 at 1:30 p.m. Anchorage time; govt trial docs due 04/15/03; defs due 04/22/03. cc: USA, J. Pharr, USM, USPO, MJ Roberts, JC |
| 112 - 1 | 02/28/03 | DEF 1 Sworn Statement of DEF 1 and H. Fleischer. |
| 113 - 1 | 03/06/03 | {SEALED} |
| 114 - 1 | 03/07/03 | DEF 1 Amended Sworn Statement of DEF 1. |
| 115 - 1 | 03/07/03 | DEF 1 motion for re-joinder of Flowers and Khamsomphou. |
| 116 - 1 | 03/10/03 | [Re: DEF 1] OMP Minute Order denying motion to correct incarceration (87-2), motion for reconsideration of order denying mot to correct incarceration cond (90-1). cc: USA, H. Fleicher, J. Pharr, USM, USPO |
| 117 - 1 | 03/10/03 | [Re: DEF 1-2] Faxed cy OMP Minute Order re: 2/28/03 telephone conf w/cnsl; defense cnsl to submit amended statement w/correct maximum penalty; DEF 1 mot to w/drw guilty pleas at dkt 85 granted. cc: USA, H. Fleischer, J. Pharr, USM, USPO |
| 118 - 1 | 03/10/03 | DEF 1 motion for admissibility hearing regarding statements. |
| 119 - 1 | 03/10/03 | DEF 1 motion for bill of particulars w/att memo. |
| 120 - 1 | 03/10/03 | DEF 1 motion to conduct attorney voir dire w/att memo. |
| 121 - 1 | 03/10/03 | DEF 1 motion for discovery. |
| 122 - 1 | 03/10/03 | DEF 1 motion (ex parte) on shortened time for an order to allow retention of an investigator w/att memo. |
| 123 - 1 | 03/11/03 | DEF 2 Sworn Statement of Sompong Khamsomphou and John C. Pharr. |
| 124 - 1 | 03/11/03 | DEF 1 motion to reveal any prior acts of defendant that the government introduce w/att memo. |
| 125 - 1 | 03/11/03 | DEF 1 motion to dismiss indictment for duplicity w/att memo and affs. |
| 126 - 1 | 03/12/03 | [Re: DEF 2] Faxed cy OMP Minute Order that DEF 2 cnsl to advise client correctly of potential penalties and submit a new sworn stmt. cc: USA, J. Pharr |
| 127 - 1 | 03/12/03 | [Re: DEF 1-2] PLF 1 Unopposed motion for ext to 3/28/03 to respond to defs' motions |
| 127 - 2 | 03/12/03 | [Re: DEF 1-2] PLF 1 Unopposed motion for shortened time |
| 128 - 1 | 03/14/03 | [Re: DEF 1-2] Faxed cy OMP Minute Order granting unoppo mot for ext to 3/28/03 to respond to defs' mots (127-1), unoppo mot for shortened time (127-2); oppos due 3/25/03; reply due 3/31/03; 4/2/03 hrgs stricken; consol mot hrg set 4/3/03 at 12:30 p.m. Anchorage time. cc: USA, H. Fleischer, J. Pharr |

Case 3:02-cr-00022-OMP   Document 206   Filed 02/21/02   Page 12 of 21

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 113 - 2 | 03/17/03 | {SEALED} |
| 129 - 1 | 03/17/03 | [Re: DEF 1] OMP Order granting mot on shortened time for an order to allow retention of an investigator (122-1). cc: H. Fleischer |
| 130 - 1 | 03/25/03 | [Re: DEF 1-2] PLF 1 opposition to DEF 1 motion for re-joinder of Flowers and Khamsomphou (115-1). |
| 131 - 1 | 03/25/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for admissibility hearing regarding statements (118-1). |
| 132 - 1 | 03/25/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for bill of particulars (119-1). |
| 133 - 1 | 03/25/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to conduct attorney voir dire (120-1). |
| 134 - 1 | 03/25/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for discovery (121-1). |
| 135 - 1 | 03/25/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to reveal any prior acts of defendant that the government introduce (124-1). |
| 136 - 1 | 03/25/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss indictment for duplicity (125-1). |
| 137 - 1 | 03/27/03 | [Re: DEF 1] Faxed cy OMP Minute Order granting DEF 1's mot for 1 day ext of time (147-1); DEF 1's reply brfs due 4/1/03. cc: USA, H. Fleischer, J. Pharr |
| 138 - 1 | 04/01/03 | [Re: DEF 2] Faxed cy OMP Minute Order re: revised sworn stmt dated 3/31/03 re: mot to w/d guilty plea; mot to w/d guilty plea at dkt 95 is granted. cc: USA, H. Fleischer, J. Pharr, USM, USPO |
| 139 - 1 | 04/01/03 | DEF 2 Notice of filing second sworn stmt of DEF 2 and cnsl. |
| 140 - 1 | 04/02/03 | DEF 1 reply to oppo to DEF 1 mot for re-joinder of Flowers and Khamsomphou (115-1), DEF 1 mot for admissibility hrg re: stmts (118-1), DEF 1 mot for bill of particulars (119-1), DEF 1 mot to conduct atty voir dire (120-1), DEF 1 mot for disc (121-1), DEF 1 mot to reveal any prior acts of def that the govt introduce (124-1), DEF 1 mot to dismiss Indt for duplicity (125-1). |
| 141 - 1 | 04/02/03 | [Re: DEF 1-2] PLF 1 Unopposed motion on shortened time for reordering trials or alternatively to dismiss without prejudice. |
| 142 - 1 | 04/07/03 | [Re: DEF 1-2] PLF 1 Notice of lodging proposed order. |
| 143 - 1 | 04/07/03 | [Re: DEF 1-2] Faxed cy OMP Minute Order re: mot hrg held 4/3/03; TBJ in A02-028 CR will precede TBJ in A02-022 CR; FPTC reset to 5/7/03 by telephone at 1:30 p.m. Anchorage time; denying mot for admissibility hrg re: stmts (118-1), mot for bill of particulars (119-1), mot to conduct atty voir dire (120-1), mot for disc (121-1), mot to dismiss Indt for duplicity (125-1); granting mot for re-joinder of DEF 1 and DEF 2 (115-1), mot to reveal any prior acts of def that the govt introduce (124-1), unoppo mot on shortened time for reordering trials (141-1). cc: USA, J. Pharr, H. Fleischer, USPO, USM, JC |

Case 3:02-cr-00022-OMP    Document 206    Filed 02/21/02    Page 13 of 21

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 144 - 1 | 04/08/03 | [Re: DEF 1-2] Faxed cy OMP Amended Order establishing dates and procedures; TBJ in bank fraud case (A02-22 CR) set 6/9/03 at 9:00 a.m. or as soon as murder conspiracy (A02-28 CR) trial is completed; defs will be tried together; pretrial conf set 5/7/03 at 1:30 pm Anchorage time; crt to initiate all conf calls; govt's exhs, wit list and trial docs due 4/25/03; objs to exhs due 5/1/03; defs' exhs, exh lists, wit list and trial docs due 5/1/03; govt's objs to exhs due 5/5/03; govt prop stips of historical fact due 4/25/03; defs' objs to exhs due 5/1/03. cc: USA, J. Pharr, H. Fleischer, USM, USPO, JC |
| 145 - 1 | 04/08/03 | [Re: DEF 1-2] Faxed cy OMP Minute Order that govt to furnish defense cnsl w/addresses of account holders and prospective wits; defense cnsl to safeguard info and ensure it is not disclosed to third parties. cc: USA, J. Pharr, H. Fleischer |
| 146 - 1 | 04/16/03 | [Re: DEF 1] Faxed cy OMP Minute Order denying DEF 1 mot for ext of time until 4/30/03 to file pretrial materials presently due 5/1/03 (148-1). cc: USA, J. Pharr, H. Fleischer |
| 147 - 1 | 04/17/03 | DEF 1 motion to continue date for response to government's replies to 4/1/03. |
| 148 - 1 | 04/17/03 | DEF 1 motion to continue date for filing exhibit list, voir dire and jury instructions to 4/30/03. |
| 149 - 1 | 04/25/03 | [Re: DEF 1-2] PLF 1 Prop Jury Instructions. |
| 150 - 1 | 04/25/03 | [Re: DEF 1-2] PLF 1 Prop Stipulations of historical fact. |
| 151 - 1 | 04/25/03 | [Re: DEF 1-2] PLF 1 Prop Verdict form. |
| 152 - 1 | 04/25/03 | [Re: DEF 1-2] PLF 1 Trial Brief. |
| 153 - 1 | 04/25/03 | [Re: DEF 1-2] PLF 1 Prop questions for Voir Dire. |
| 154 - 1 | 04/25/03 | [Re: DEF 1-2] PLF 1 Exhibit List and exhs. |
| 155 - 1 | 04/25/03 | [Re: DEF 1-2] PLF 1 Witness List and stmts. |
| 156 - 1 | 04/29/03 | [Re: DEF 1] OMP Minute Order re: ex parte telephone conf w/DEF 1 and atty Fleischer; oral req to alter conditions of confinement denied. cc: H. Fleischer |
| 157 - 1 | 05/01/03 | DEF 2 Unopposed motion for 2-day extension of time to file witness list, statements, jury instructions, verdict forms, voir dire questions and trial brief w/att aff. |
| 158 - 1 | 05/02/03 | DEF 1 Objections to prop govt exhs. |
| 159 - 1 | 05/02/03 | DEF 1 Prop Jury Instruction Index. |
| 160 - 1 | 05/02/03 | DEF 1 Witness List and stmts. |
| 161 - 1 | 05/02/03 | DEF 1 Objections to prop stips of historical fact. |
| 162 - 1 | 05/02/03 | DEF 1 Prop Voir Dire. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
                        "USA V ARNOLD WESLEY FLOWERS ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 163 - 1 | 05/02/03 | DEF 1 pre-trial memo. |
| 164 - 1 | 05/05/03 | DEF 2 Prop Voir Dire Questions. |
| 165 - 1 | 05/05/03 | DEF 2 Response to stmts of historical fact. |
| 166 - 1 | 05/05/03 | DEF 2 Trial Brief. |
| 167 - 1 | 05/05/03 | DEF 2 Objections to govt's exhs. |
| 168 - 1 | 05/05/03 | DEF 2 Prop Jury Instructions. |
| 169 - 1 | 05/09/03 | [Re: DEF 2] OMP Minute Order granting unoppo mot for 2-day ext of time to file pretrial materials (157-1); materials due 5/5/03. cc: USA, J. Pharr, H. Fleischer |
| 170 - 1 | 05/13/03 | [Re: DEF 1-2] OMP Minute Order that the FPTC will be held after the jury commences deliberations in case A02-0028 CR (OMP). cc: USA, J. Pharr, H. Fleischer, USM, USPO |
| 171 - 1 | 05/14/03 | [Re: DEF 1-2] Faxed cy OMP Minute Order that defs have until 5/23/03 to file revised prop jury instructions. cc: USA, H. Fleischer, J. Pharr |
| 172 - 1 | 05/15/03 | [Re: DEF 1-2] Faxed cy OMP Order that def cnsl meet w/client by 5/14/03 for 3 hours to prepare for trial; def cnsl and clients are to meet together by 5/21/03 for 2 hours to jointly prepare for trial; govt, BOP and USM to facilitate arrangements of meetings; DEF 1 may communicate w/mother; DEFS 1 and 2 may correspond w/each other. cc: USA, J. Pharr, H. Fleischer, USM, USPO |
| 173 - 1 | 05/20/03 | [Re: DEF 1-2] Faxed cy OMP Court Minutes [ECR: D. Apodaca] re: telephone conf held 5/20/03; crt to iss writs of H/C ad test for defense wits C. Horsman, C. Muller, L. McGhee, W. Pollard; crt to procure trial testimony of other incarcerated wits on defs' wit list by telephone or videoconferencing; govt stips the Judge Holland and C. Randell will not be trial wits; crt authorizes addtl joint meetings w/defs and cnsl to prepare for trial. cc: USA, H. Fleischer, J. Pharr, USM, USPO, IT |
| 174 - 1 | 05/27/03 | DEF 1 Revised Proposed Jury Instructions. |
| 175 - 1 | 05/27/03 | DEF 1 Revised proposed  jury instructions index. |
| 176 - 1 | 06/03/03 | [Re: DEF 1-2] Transcript of proceedings held 5/7/03 at Portland, OR. |
| 177 - 1 | 06/05/03 | [Re: DEF 1-2] Cert cy OMP Court Minutes from A02-028 CR [ECR: Elisa Singleton/Caroline Edmiston] re: 3rd day TBJ; TBJ in A02-022 CR to begin 6/9/03. cc: USA, J. Pharr, H. Fleischer, USM, USPO, JC |
| 178 - 1 | 06/06/03 | [Re: DEF 1-2] Certified cy OMP Court Minutes [ECR: Denali Elmore/Robin Carter] re: 4th day TBJ in A02-028 CR (OMP) setting pretrial conf in A02-022 CR (OMP). cc: USA, J. Pharr, H. Fleischer, USM, USPO |
| 179 - 1 | 06/06/03 | DEF 1 motion to suppress statement w/att memo and aff. |
| 180 - 1 | 06/09/03 | DEF 1 Suppl Witness stmt. |

Case 3:02-cr-00022-OMP   Document 206   Filed 02/21/02   Page 15 of 21

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
                          "USA V ARNOLD WESLEY FLOWERS ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 181 - 1 | 06/09/03 | [Re: DEF 1-2] OMP Court Minutes [ECR: Robin Carter] re: pretrial conf held 6/6/03; govt to file def stmts from A02-28 CR by 6/9/03; defs' mot to suppress due by close of business 6/6/03; hrg on mot to suppress set 6/9/03 at 8:30 a.m.; TBJ set 6/9/03 at 1:30 p.m.. cc: USA, J. Pharr, H. Fleischer, USM, USPO, JC |
| 182 - 1 | 06/09/03 | [Re: DEF 1-2] PLF 1 Notice of intention to introduce prior testimony under oath w/att exh. |
| 183 - 1 | 06/10/03 | [Re: DEF 1] OMP Court Minutes [ECR: Caroline Edmiston] re: 1st day TBJ held 6/9/03; crt didn't accept def's plea; trial to reconvene 6/10/03 at 8:00 a.m. w/att jury panel record. |
| 184 - 1 | 06/11/03 | [Re: DEF 1] OMP Court Minutes [ECR: Denali Elmore] TBJ DAY 2 Held 6/10/03. Def's oral Rule 29 motion denied. Closing arguments heard. Jury deliberated. Verdict published. Def found guilty on count 1 of the Indictment. Jury polled. IOS for D1 is set in this case and case A02-0028-1 CR (OMP), for 7/22/03 at 2:00 p.m. IOS for Sompong Khamsomphou in case A02-0022-2 CR (OMP) and A02-0028-2 CR (OMP) is set for 7/22/03 at 11:00 a.m., w/att jury note and wit & exh list. cc: A. Renschen, H. Fleischer, J. Pharr, USM, USPO, Certified copy A02-0028 CR (OMP) |
| 185 - 1 | 06/11/03 | [Re: DEF 1] Verdict Form. |
| 186 - 1 | 06/11/03 | [Re: DEF 1] Jury Instructions. |
| 187 - 1 | 06/11/03 | [Re: DEF 1-2] OMP Court Minutes [ECR: Caroline Edmiston] re: hrg on mot to suppress held 6/9/03; denying mot to suppress stmt (179-1); DEF 2 changed plea to guilty on ct 1 of Indt only to overt acts; DEF 2 IOS set 8/28/03 at 10:00 a.m. before Judge Panner; det cont; DEF 2 6/9/03 TBJ vacated w/att wit and exh list and cy of corrected Indt. cc: USA, J. Pharr, H. Fleischer, USM, USPO, MJ Branson |
| 188 - 1 | 06/20/03 | [Re: DEF 1-2] Faxed cy OMP Order resetting time for IOS re D2 for 1:30 on 7/22/03 and re D1 at 3:00. cc: USA, USM, PO, H. Fleischer, J. Pharr |
| 189 - 1 | 06/24/03 | DEF 1 motion to correct incarceration conditions w/att memo |
| 190 - 1 | 06/25/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to correct incarceration conditions (189-1) |
| 191 - 1 | 06/26/03 | DEF 2 motion for bail review hearing w/att aff |
| 192 - 1 | 06/30/03 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion for bail review hearing (191-1). |
| 193 - 1 | 07/03/03 | [Re: DEF 2] Faxed cy OMP Minute Order granting mot for bail review hrg (191-1); bail review hrg set 7/7/03 at 1:00 pm Anchorage time; cnsl to arrange for DEF 2's telephonic participation as well as witnesses. cc: USA, J. Pharr, H. Fleischer, USPO |
| 194 - 1 | 07/08/03 | [Re: DEF 1] OMP Order granting motion to correct incarceration conditions (189-1); DEF 1 to be treated as any other inmate; ord at dkt 89 terminated. cc: USA, J. Pharr, H. Fleischer, USM, USPO |

Case 3:02-cr-00022-OMP   Document 206   Filed 02/21/02   Page 16 of 21

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 195 - 1 | 07/14/03 | [Re: DEF 2] OMP Minute Order re: bail review hrg held via telephone; def to be detained pending IOS. cc: USA, J. Pharr, H. Fleischer, USM, USPO |
| 196 - 1 | 07/15/03 | [Re: DEF 1-2] PLF 1 Sentencing Memorandum. |
| 196 - 2 | 07/15/03 | [Re: DEF 1-2] PLF 1 motion for upward departure. |
| 197 - 1 | 07/15/03 | DEF 1 Sentencing Memorandum. |
| 198 - 1 | 07/16/03 | [Re: DEF 1-2] PLF 1 Errata re: [Re: DEF 1-2] PLF 1 motion for upward departure and sentencing memo (196-2). |
| 199 - 1 | 07/16/03 | DEF 2 motion for 1-day extension of time to submit sentencing memo w/att aff. |
| 200 - 1 | 07/16/03 | DEF 2 Sentencing Memorandum. |
| 201 - 1 | 07/21/03 | [Re: DEF 2] OMP Minute Order granting mot for 1-day ext of time to submit sentencing memo (199-1); memo due 7/16/03. cc: USA, H. Fleischer, J. Pharr |
| 202 - 1 | 07/22/03 | DEF 2 opposition to [Re: DEF 1-2] PLF 1 motion for upward departure (196-2). |
| 203 - 1 | 07/23/03 | [Re: DEF 1] OMP Court Minutes [ECR: Elisa Singleton] re: IOS held 7/22/03; sentenced to 100 mos consisting of 60 mos on cts 1-S in A02-28 CR and ct 1 in A02-22 CR and 100 mos on ct 4-S in A02-28 CR all terms to run concurrent; 36 mos SR on all cts to run concurrent; $300.00 SA; $15,450.18 in restitution; def remanded to USM; mot for upward departure granted w/att costs. |
| 204 - 1 | 07/23/03 | [Re: DEF 2] OMP Court Minutes [ECR: Elisa Singleton] re: IOS held 7/22/03; def sentenced to 63 mos consisting of 46 mos on cts 1-S and 4-S in A02-28 CR and 46 mos in case A02-22 CR to run concurrent plus 17 mos under 18 USC 3147 to run consecutive to the 46 mo terms; 36 mos SR on each ct to run concurrent; $300.00 SA; $15,450.18 in restitution; def remanded to USM; mot for upward departure granted w/att costs. |
| 205 - 1 | 07/24/03 | [Re: DEF 1] OMP Judgment found guilty on ct 1 of Indt (1-1); def sentenced to 100 mos in prison consisting of 60 mos on each of cts 1-S (lesser included offense) in A02-28 CR and ct 1 in A02-22 CR and 100 mos on ct 4-S (lesser included offense) in A02-28 CR all terms to run concurrent; 36 mos SR consisting of 36 mos on each of cts 1-S and 4-S in A02-28 CR and ct 1 in A02-22 CR all terms to run concurrent; $300.00 SA; $15,450.18 in restitution due jointly and severally w/DEF 2 in A02-22 CR and A02-28 CR and L. Chanthaseng in A02-53 CR. cc: USA, H. Fleischer, Def w/cnsls cy, USM, USPO, FLU, Finance, A02-028 CR (OMP) |
| 206 - 1 | 07/24/03 | [Re: DEF 2] OMP Judgment pleaded guilty to ct 1 of Indt (1-1); def sentenced to 63 mos in prison consisting of 46 mos on each of lesser included offenses in cts 1-S and 4-S in A02-28 CR and ct 1 in A02-22 CR all terms to run concurrent and 17 mos for vio under 18 USC 3147 applied at USSG 2J1.7 which term shall run consecutive to the 46 mos term; 36 mos SR consisting of 36 mos on each of lesser included offenses in cts 1-S and 4-S in A02-28 CR and ct 1 in A02-22 CR all terms to run concurrent; $300.00 SA; $15,450.18 in restitution due jointly and severally w/A. Flowers in A02-22 CR and A02-28 CR and L. Chanthaseng in |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | A02-53 CR. cc: USA, J. Pharr, Def w/cnsls cy, USM, USPO, FLU, Finance, A02-028 CR |
| 207 - 1 | 07/24/03 | DEF 1 appeal to 9CCA of (205-1) filed 07/24/03. cc:USA, H. Fleischer, Judge Panner, USM, PO 9CCA |
| NOTE - 6 | 07/25/03 | Transmittal: Forwarded notice of appeal (207-1) to 9CCA. |
| 208 - 1 | 07/25/03 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (207-1) cc:USA, H. Fleischer, USM, PO, Judge Panner, 9CCA (original), ECR |
| 209 - 1 | 07/29/03 | [Re: DEF 1] Partial Transcript re:IOS held 7/22/03.. |
| 210 - 1 | 07/30/03 | DEF 2 appeal to 9CCA of (206-1) filed 07/24/03. cc: S. Khamsomphou, J. Pharr, Judge Panner, USPO, 9CCA |
| NOTE - 7 | 07/31/03 | Transmittal: Forwarded notice of appeal (207-1), (210-1) to 9CCA. |
| 211 - 1 | 07/31/03 | [Re: DEF 2] Cy 9CCA Time Schedule Order. (210-1) cc: J. Pharr, S. Khamsomphou, R. Renschen (USA), Judge Panner, 9CCA (Original), Ecr |
| NOTE - 8 | 08/04/03 | Notation (re: Appeal): Forwarded atty John Pharr's mot to w/d as cnsl of record on behalf of DEF 2 w/lodged order to 9CCA. |
| 212 - 1 | 08/04/03 | [Re: DEF 1-2] OMP Order nunc pro tunc as of 7/22/03 directing clk to include notice of appeal rights and blank notice of appeal in the record as having been physically handed to defs at conclusion of proceedings. cc: USA, J. Pharr, H. Fleischer |
| NOTE - 9 | 08/07/03 | Notation (re: Appeal): forwarded corrected cert dkt sheet to DEF 2, J. Pharr, USA, & 9CCA. |
| 213 - 1 | 08/11/03 | [Re: DEF 2]Cert cy of Partial Transcript re: IOS held 7/22/03. |
| 214 - 1 | 08/15/03 | [Re: DEF 2] OMP Minute Order granting John Pharr's mot to withdraw subject to stated conditions (mot to w/d went to 9CCA because of appeal and is not filed in this court). cc: J. Pharr, 9CCA |
| 215 - 1 | 08/15/03 | DEF 1 Transcript Designation/Order Form re: notice of appeal w/order form (207-1). cc:ecr |
| 216 - 1 | 08/21/03 | DEF 1 Amended Transcript Designation/Order Form re: notice of appeal (207-1). cc:ecr |
| 217 - 1 | 08/21/03 | [Re: DEF 1] PLF 1 appeal to 9CCA of (205-1) filed 07/24/03. cc: H. Fleischer, USA, Judge Panner, USM, USPO, 9CCA |
| NOTE - 10 | 08/22/03 | Notation (re: Appeal):not used. |
| NOTE - 11 | 08/22/03 | Transmittal: Forwarded notice of appeal (217-1) to 9CCA. |
| 218 - 1 | 08/22/03 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (217-1) cc:H. Fleischer, USA, Judge Panner, 9CCA (original), ECR |
| 219 - 1 | 08/25/03 | DEF 1 Transcript Designation Form re: notice of appeal (207-1) w/CJA & order form. cc:ecr |
| 220 - 1 | 08/27/03 | DEF 2 Transcript Designation w/order Form re: notice of appeal (210-1). cc:ecr w/CJA 24 & original order form |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
                            "USA V ARNOLD WESLEY FLOWERS ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 221 - 1 | 09/03/03 | DEF 2 CORRECTED Transcript Designation w/CJA 24 and original order Form re: notice of appeal (210-1). cc:ecr |
| 222 - 1 | 09/04/03 | [Re: DEF 2] PLF 1 Attorney Substitution of Mark Rosenbaum (AUSA) for A. Renchen (AUSA). |
| 223 - 1 | 09/04/03 | [Re: DEF 2] PLF 1 Attorney Substitution of Mark Rosenbaum (AUSA) for A. Renschen (AUSA). |
| NOTE - 12 | 09/05/03 | Notation (re: Appeal): forwarded atty sub for USA re: DEF 1 & 2. |
| NOTE - 13 | 09/11/03 | Notation (re: Appeal): CJA appointment of A. Mendal forwarded to 9CCA. |
| 224 - 1 | 09/11/03 | [Re: DEF 2] CJA appointment of A. Mendel for appeal. |
| 225 - 1 | 09/25/03 | [Re: DEF 1] Cert cy of Partial Transcript re: IOS held 7/22/03. |
| 226 - 1 | 10/01/03 | [Re: DEF 1] Transcript of hearing on mot to suppress & PCOP re: notice of appeal (207-1) |
| 227 - 1 | 10/01/03 | [Re: DEF 2] Transcript of hearing on mot to suppress & PCOP re: notice of appeal (210-1) |
| 228 - 1 | 10/01/03 | [Re: DEF 2] Partial Transcript of IOS held 7/22/03 re: notice of appeal (210-1) |
| 229 - 1 | 10/03/03 | [Re: DEF 1] cy 9CCA Certificate of Record. (207-1) cc: H. Fleischer, M. Rosenbaum, Judge Panner, 9CCA (Original) |
| 230 - 1 | 10/03/03 | [Re: DEF 2] cy 9CCA Certificate of Record. (210-1) cc: A. Mendel, M. Rosenbaum, Judge Panner, 9CCA (Original) |
| 231 - 1 | 12/19/03 | DEF 1 Supplemental Transcript Designation Form w/order form re: notice of appeal (207-1). cc:ecr |
| 232 - 1 | 12/30/03 | DEF 1 Supplemental Transcript Designation Form re: notice of appeal (207-1), (217-1) w/Transcript Order form and CJA/24. cc:ecr w/order form & CJA24 |
| 233 - 1 | 02/06/04 | [Re: DEF 1] Partial Transcript of TBJ - 2nd Day held 6/10/03 re: notice of appeal (217-1). |
| 234 - 1 | 02/06/04 | [Re: DEF 1] Partial Transcript of PCOP/TBJ - 1st Day held on 6/9/03 re: notice of appeal (217-1). |
| 235 - 1 | 02/06/04 | [Re: DEF 1] cy 9CCA Certificate of Record. (217-1) cc: H. Fleischer, M. Rosenbaum, 9CCA (Original) |
| 236 - 1 | 03/19/04 | [Re: DEF 1] 9CCA Final Order re: notice of appeal (217-1) that PLF 1 mot for voluntary dismissal of x-appeal 03-30376 GRANTED.  cc: M. Rosenbaum, H. Fleischer, USM, USPO, Judge Panner |
| 236 - 2 | 03/19/04 | [Re: DEF 1] Copy of Order from 9CCA. (207-1) PLF 1 mot to consolidate appeal nos. 03-30328 (A02-0022 CR) and 03-30425 (A02-0028 CR) GRANTED. PLF 1 mot for ext of time to file consolidated answering brief construed as mot to file late brief.  Mot GRANTED.  Clerk shall file the consolidated answering brief rec'd 2/27/04.  Appellant's optional consolidated reply brief is due w/in 14 days after the filing date of |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | this order.  Appeal nos. 03-30328 and 03-30425 ready for calendaring. Cert cy of order sent to USDC shall constitute the mandate for appeal 03-30376.  cc: M. Rosenbaum, H. Fleischer, Judge Panner, A02-0028 CR (OMP) |
| 237 - 1 | 05/26/04 | {SEALED} |
| NOTE - 14 | 05/28/04 | Transmittal: Forwarded D.C. record to 9CCA consisting of vols 1-9 of unsealed case file, 1 vol sealed case file, & 1 expando folder containing dkt #98. |
| 237 - 2 | 06/15/04 | {SEALED} |
| 238 - 1 | 10/18/04 | [Re: DEF 2] 9CCA Judgment re: notice of appeal (210-1) that the district court's decision is AFFIRMED IN PART, VACATED IN PART, AND REMANDED w/att memo. cc: USA, A. Mendel, USPO, Judge Panner, A02-0028CR (OMP) (cert cy) |
| 239 - 1 | 01/04/05 | [Re: DEF 2] RECALLED PER 9CCA ORDER AT DKT #251: 9CCA Judgment re: notice of appeal (210-1) that the district court's decision is AFFIRMED in part. cc:USA, A. Mendel, USPO, Judge Panner, Cert cy A02-0028CR (OMP). |
| 240 - 1 | 03/15/05 | [Re: DEF 2] 9CCA Order re: notice of appeal (307-1) that the appellant's mot for clarification is GRANTED.  The memo disposition filed 9/7/04 and appearing at 105 Fed. Appx. 956 (9th Cir 2004) is w/d and the mandate issued on 10/13/04 is hereby recalled. The Clerk shall file the attached memo disposition. cc:USA, A. Mendel, Judge Panner, PO, USM |
| 241 - 1 | 06/02/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 15 | 06/07/05 | Issued: writ of execution re: DEF 1. |
| 242 - 1 | 07/15/05 | [Re: DEF 1] OMP Minute Order re: 9CCA 7/6/05 ord; DEF 1 has until 9/1/05 to file justification for imposing different sentence; plf has 15 days to respond. cc: USA, H. Fleischer |
| 243 - 1 | 07/15/05 | [Re: DEF 2] OMP Minute Order re: 9CCA 7/6/05 ord; DEF 2 has until 9/1/05 to file justification for imposing different sentence; plf has 15 days to respond. cc: USA, A. Mendel |
| 244 - 1 | 07/21/05 | [Re: DEF 2] CJA appointment of A. Mendel. |
| 245 - 1 | 07/21/05 | [Re: DEF 2] CJA appointment of David Weber as co-cnsl. |
| 246 - 1 | 07/22/05 | [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 16 | 07/27/05 | Issued: writ of execution re: DEF 2 on PFD. |
| 247 - 1 | 07/28/05 | DEF 2 Attorney Appearance of D. Weber (co-cnsl). |
| 248 - 1 | 08/01/05 | [Re: DEF 1] 9CCA Judgment re: notice of appeal (207-1) that the district court's decision is  AFFIRMED in part; REMANDED in part. cc: H. Fleischer, USA, USM, PO, Judge Panner |
| 249 - 1 | 08/01/05 | DEF 2 Unopposed motion for extension of time until 10/3/05 to comply with court's order re: imposition of different sentence w/att certif. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0022--CR (OMP)
"USA V ARNOLD WESLEY FLOWERS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 250 - 1 | 08/08/05 | [Re: DEF 2] OMP Order granting unoppo mot for ext of time until 10/3/05 to comply w/crt ord (249-1); brf re different sentence due 10/3/05; govt response due 10/28/05. cc: USA, A. Mendel |
| 251 - 1 | 08/15/05 | [Re: DEF 2] Copy of Order from 9CCA (210-1) that mandate in this case was issued in error in this case. The mandate on 12/22/05 is RECALLED & the memo filed 10/26/04 is w/d. Mandate to issue in due course w/att memo. cc: USA, R. Mendel,USM, PO, Judge Panner |
| 252 - 1 | 08/15/05 | [Re: DEF 2] 9CCA Judgment/Final Order re: notice of appeal (210-1) that the district court's decision is AFFIRMED IN PART; REMANDED IN PART. cc: USA, A. Mendel, USM, PO, Judge Panner, Cert cy A02-0028CR(OMP) |
| 253 - 1 | 09/01/05 | DEF 1 Response to Order dated 7/15/05. |
| 254 - 1 | 09/12/05 | [Re: DEF 1] OMP Minute Order dtd 9/2/05 re: govt's response brf & what it should address; def reply due w/i 15 days of govt's response. cc: USA, H. Fleischer |
| 255 - 1 | 09/19/05 | [Re: DEF 1] PLF 1 Response to DEF 1's response to crt ord re: resentencing & to crt's ord of 9/2/05. |
| 256 - 1 | 09/30/05 | DEF 1 reply (response) to govt response re: re-sentence. |
| 257 - 1 | 10/03/05 | DEF 2 Sentencing Memorandum. |
| 258 - 1 | 10/28/05 | [Re: DEF 2] PLF 1 Response to DEF 2 Response to Crt Order re: resentencing & to crt's ord of 9/2/05. |

Case 3:02-cr-00022-OMP   Document 206   Filed 02/21/02   Page 21 of 21