# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
## CRIMINAL MINUTES

Case No.: A02-22-CR (OMP) and A02-28-CR (OMP)                Date of Proceeding: January 5, 2006

Case Title: USA v. Sompong Khamsomphou

Presiding Judge: Owen M. Panner                 Courtroom Deputy: Deborah DesJardins, (503) 326-8290

Reporter: Dennis Grube        Tape No: _____ none        AUSA: Jerry Massie, Nancy Oliver

**DOCKET ENTRY:**

Record of order:

    Scheduling conference held.  Re-sentencing set for Wednesday, February 22, 2006, at 9:00 a.m., in Anchorage.

    Defendant Khamsomphou shall be transported to Anchorage in time for the hearing (and to confer with her attorneys prior to the hearing).  The presentence report shall be updated.

DEFENDANT                                           COUNSEL

(1) Sompong Khamsomphou                              (1) David Weber
[ ] Present  [ ] O/R  [ ] Bond  [ ] Custody          [ ] Present  [x] Appointed  [ ] Retained

cc:   [ ] Chambers              [ ] Probation Office
      [ ] Counsel of Record     [ ] Pretrial Services Office
      [ ] Jury Clerk            [ ] U.S. Marshal's Office            Document No: _____
                                                                     CRIMINAL MINUTES

Criminal Minutes                                                     Honorable Owen M. Panner
JS