IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. A02-0028-CR (OMP) |
| ) | together with |
| v. ) | No. A02-0022-CR (OMP) |
| ) | |
| ARNOLD WESLEY FLOWERS ) | ORDER TO TRANSPORT |
| ) | |
| Defendant. ) | |

On Wednesday, February 22, 2006, at 10:30 a.m., Arnold Wesley Flowers will be sentenced at the United States Courthouse in Anchorage, Alaska. The Bureau of Prisons shall transport Flowers to Anchorage in time for that hearing, and also allow time for Flowers to confer with his attorney before sentencing.

At the conclusion of that proceeding, Flowers will be returned to the custody of the Bureau of Prisons to serve any remaining portion of the sentence imposed.

DATED this _6_ day of January, 2006.

_[signature]_
OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - ORDER TO TRANSPORT