```
              IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,)
                         )
         Plaintiff,      )
                         )
    vs.                  )
                         )
ARNOLD W. FLOWERS        )
                         )
                         )
         Defendant.      )  CASE NO:A02-022-CR (OMP)
                         )
_____)
```

## NOTICE OF APPEAL

Hugh W. Fleischer, as attorney for defendant, Arnold W. Flowers, in the above captioned action, hereby gives notice that Arnold Wesley Flowers appeals to the Ninth Circuit Court of Appeals from the sentence only pursuant to 18 U.S.C. § 3742(a).

Judgment and Amended Judgment were entered on this action on February 24, 2006.

Sentence was imposed on February 22, 2006.

A Transcript is required and will be ordered within seven days of this date. Such Transcript order shall be paid under the CJA plan.

       DATED at Anchorage, Alaska, this 27th day of February, 2006.

       LAW OFFICES OF HUGH W. FLEISCHER

By:   S/ Hugh W. Fleischer
      Hugh W. Fleischer
      Attorney for Defendant
      310 K. Street, Suite 200
      Anchorage, AK 99501
      (907) 264-6635
      (907) 264-6635-Fax
      hfleisch@aol.com

9355\664

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served as follows:

By e-mail delivery:

Nancy K. Oliver
United States Department of Justice
Criminal Division
950 Pennsylvania Ave., Ste. 6746
Washington, DC 20530
e-mail-nancy.oliver@usdoj.gov

DATED at Anchorage, Alaska, this 27th day of February, 2006.

S/ Hugh W. Fleischer