PDF DOCUMENT CREATED TO ALLOW DOCUMENT ENTRY OT HAVE A DOCKET NO. NO OTHER DOCUMENT IS ATTACHED.