# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA   v.   ARNOLD WESLEY FLOWERS 

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                    CASE NO.  3:02-cr-00022-01-OMP 

 Linda Christensen 


PROCEEDINGS: **CLERK'S NOTICE**            DATE: March 31, 2006


        Parties are advised, that due to clerical errors, docket entries 221 and 222 and the transmission of notice of appeal entry (no docket number) are to be disregarded and appeal packets are to be discarded.  Corrected appeal packets will be forthcoming from the Clerk's Office.