IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff,    )<br>)<br>vs.                )<br>)<br>ARNOLD W. FLOWERS    )<br>)<br>)<br>  Defendant.    )<br>)<br>_____) | CASE NO:A02-022-CR (OMP) |

**NOTICE OF CONCURRNCE RE TRANSCRIPT ORDER**

Hugh W. Fleischer, as attorney for defendant-appellant, Arnold W. Flowers, in the above captioned action, hereby gives notice that Arnold Wesley Flowers concurs with the Transcript Designation Form of the government.  Therefore Mr. Flowers will not file a Designation, Form AO 435 nor the CJA 24 Form.

DATED at Anchorage, Alaska, this 16th day of April, 2006.

LAW OFFICES OF HUGH W. FLEISCHER

9355\665

By:  S/ Hugh W. Fleischer
     Hugh W. Fleischer
     Attorney for Defendant
     310 K. Street, Suite 200
     Anchorage, AK 99501
     (907) 264-6635
     (907) 264-6635-Fax
     hfleisch@aol.com

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct
copy of the foregoing was served as follows:

By e-mail delivery:

Nancy K. Oliver
United States Department of Justice
Criminal Division
950 Pennsylvania Ave., Ste. 6746
Washington, DC 20530
e-mail-nancy.oliver@usdoj.gov

DATED at Anchorage, Alaska, this 16th day of April, 2006.

S/ Hugh W. Fleischer