IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,)
                         )
          Plaintiff,     )
                         )
     vs.                 )
                         )
ARNOLD W. FLOWERS        )
                         )
                         )
     Defendant.          ) CASE NO:A02-022-CR (OMP)
                         )
_____)
```

## NOTICE OF CONCURRNCE RE TRANSCRIPT ORDER

Hugh W. Fleischer, as attorney for defendant-appellant, Arnold W. Flowers, in the above captioned action, hereby gives notice that Arnold Wesley Flowers concurs with the Transcript Designation Form of the government.  Therefore Mr. Flowers will not file a Designation, Form AO 435 nor the CJA 24 Form.

DATED at Anchorage, Alaska, this 16th day of April, 2006.

LAW OFFICES OF HUGH W. FLEISCHER


By:  S/ Hugh W. Fleischer
     Hugh W. Fleischer
     Attorney for Defendant
     310 K. Street, Suite 200
     Anchorage, AK 99501
     (907) 264-6635
     (907) 264-6635-Fax
     hfleisch@aol.com

9355\665

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct
copy of the foregoing was served as follows:

By e-mail delivery:


Nancy K. Oliver
United States Department of Justice
Criminal Division
950 Pennsylvania Ave., Ste. 6746
Washington, DC 20530
e-mail-nancy.oliver@usdoj.gov

DATED at Anchorage, Alaska, this 16th day of April, 2006.




S/ Hugh W. Fleischer

3