RECEIVED
APR 1 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

06- 30211

**CASE INFORMATION:**
Short Case Title: USA v. FLOWERS
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Owen M. Panner - 3:02-cr-00022-OMP
Date Complaint/Indictment/Petition Filed: 2/28/02
Date Appealed Order/Judgment *entered*: 2/22/06
Date NOA *filed*: 2/27/06
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: Caroline Edmiston - 907-677-6103
Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: __                               Date Docket Fee billed: __
Date FP granted: 1/14/02 (3:02-mj-00013-AHB)           Date FP denied: __
Is FP pending? __yes/no                                 Was FP Limited/Revoked?
US Government Appeal?   No yes/no
Companion Cases? Please list:  3:02-cr-00022-OMP
Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                          Appellee Counsel:
Hugh W. Fleischer                           Nancy Oliver, AUSA
310 K Street, Suite 200                     950 Pennsylvania Ave NW
Anchorage, AK  99501                        Domestic Security, Suite 6746
FAX:907-264-6602                            Washington, DC 20530
                                            FAX: 202-514-1769

__retained   X  CJA   __FPD   __FPD   __Other     Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: __           Address: __
Custody: Yes
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __         9th Circuit Docket Number: __

---

Name and phone number of person completing this form:  Linda Christensen - 907-677-6104