ALICE S. FISHER
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

JERRY D. MASSIE
NANCY K. OLIVER
Trial Attorneys
United States Department of Justice
950 Pennsylvania Ave., N.W.
Suite 6746
Washington, D.C. 20530
(202) 616-5731

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. A02-0022 CR (OMP) |
| ) | |
| ) | NOTICE REGARDING DESIGNATION OF |
| ARNOLD WESLEY FLOWERS, ) | TRANSCRIPT AND TRANSCRIPT |
| ) | ORDER |
| Defendant. ) | |
| ) | |
| _____ ) | |

COMES NOW Plaintiff United States of America, by and through its attorney,

Alice S. Fisher, the Assistant Attorney General for the United States Department of

Justice, Criminal Division, and hereby gives notice that:

> Mr. Flowers resentencing hearings in the above captioned case and A02-0028 CR
> (OMP), <u>United States v. Flowers</u>, were joined in one proceeding held before the Court on
> February 22, 2006;

on March 24, 2006, the Government filed Notices of Appeal of the sentences in both captioned cases (see Docket Entries 220 and 376 in case numbers A02-0022 CR (OMP) and A02-0028 CR (OMP), respectively);

on April 14, 2006, the Government filed its Transcript Designation Form and Transcript Order Form in the A02-0028 CR (OMP) case for the transcript of the February 22, 2006 resentencing proceeding;

the Government will file its Transcript Designation Form in the A02-0022 CR (OMP) case immediately; and

the Government will rely on the transcript provided pursuant to its request in the A02-0028 CR (OMP) case as both cases were resentenced in the same proceeding as the transcript will reflect.

RESPECTFULLY SUBMITTED THIS 18th day of April, 2006 at Anchorage, Alaska.

ALICE S. FISHER
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

s/ Nancy K. Oliver
NANCY K. OLIVER
Trial Attorney
United States Department of Justice
950 Pennsylvania Ave., N.W.
Suite 6746
Washington, D.C. 20530
Phone: (202) 616-5731
Fax: (202) 616-5748
Email: nancy.oliver@usdoj.gov

JERRY D. MASSIE
Trial Attorney

DATED: April 18, 2006

I hereby certify that a copy of the foregoing
 NOTICE REGARDING DESIGNATION OF TRANSCRIPT AND TRANSCRIPT ORDER
was served electronically upon counsel of record:

Hugh W. Fleischer
310 K Street, Suite 200
Anchorage, AK  99501
907 264 6602 (fax)
hfleisch@aol.com

Allison Mendel
845 K. Street
Anchorage, AK 99501
907 279 5437 (fax)
Amendel-mendel@gci.net

David R. Weber
Vasquez & Weber, PC
943 West Sixth Avenue
Suite 132
Anchorage, AK 99501
907 279 9123 (fax)
DRWeber@acsalaska.net

*on April 18, 2006 via:*
*(   ) U.S. Mail*
*( X ) Electronic filing*

and Courtesy Copy emailed to Judge Panner at Deborah_Desjardins@ord.uscourts.gov

*Executed in Washington, D.C. on*
*April 18, 2006*

s/ Nancy K. Oliver
NANCY K. OLIVER
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE

3