UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

RECEIVED
APR 1 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S. Court of Appeals # __06-30211__    U.S. District Court # __A02-cr-022-OMP__
Short Case Title    __U. S. v Flowers__
Date Notice of Appeal Filed by Clerk of District Court __April 5, 2006__

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | | PROCEEDINGS |
|---|---|---|---|
| | | | VOIR DIRE |
| | | | OPENING STATEMENTS |
| | | | SETTLEMENT INSTRUCTIONS |
| | | | CLOSING ARGUMENTS |
| | | | JURY INSTRUCTIONS |
| | | | PRE-TRIAL PROCEEDINGS |
| February 22, 2006 | Caroline Edmiston | (sentencing) | OTHER |

(Attach Additional Page for Designations if Necessary)

(X) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)*.

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __4/18/06__    Estimated Date for Completion _____
Signature of Attorney _____    Phone Number __202/307-3245__
Address __10th and Constitution N.W.__
__Washington, DC  20530__

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
    Approximate Number of Pages _____    Due Date _____

**Section C - To Be Completed by Court Reporter**
    Date Transcript Filed _____    Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)