UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

FILED
APR 18 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**06-30236**

**CASE INFORMATION:**
Short Case Title: USA v. FLOWERS
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: Owen M. Panner - 3-02-cr-00022-01-OMP
Date Complaint/Indictment/Petition Filed: 9CCA remanded case for re-sentencing Aug 2005
Date Appealed Order/Judgment *entered*: 2/24/06
Date NOA *filed*: 3/24/06
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)     __pending

Court Reporter(s) Name and Phone Number: Caroline Edmiston - 907-677-6103
Magistrate Judge's Order? If so, please attach.

RECEIVED
APR 24 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: __               Date FP denied: __
Is FP pending? __yes/no           Was FP Limited/Revoked?
US Government Appeal?  Yes  yes/no
Companion Cases? Please list: **3:02-cr-00028-01-OMP**
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                       Appellee Counsel:
**Nancy K. Oliver, AUSA**                **Hugh Fleischer**
**U.S. Dept of Justice-Domestic Security** **310 K Street, Suite 200**
**950 Pennsylvania Ave., N.W., Suite 6746** **Anchorage, AK  99501**
**Washington, DC  20530**                **FAX: 907-264-6602**
**FAX: 202-616-5748**

__retained    __CJA    __FPD    __FPD    __Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __         Address: __
Custody: __                     __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __         9th Circuit Docket Number: __

Name and phone number of person completing this form: Linda Christensen - 907-677-6104