UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # 06-30210                    U.S. District Court # 3:02-CR-022-OMP
Short Case Title   U.S. v. Arnold W. Flowers
Date Notice of Appeal Filed by Clerk of District Court _____

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
|  |  | VOIR DIRE |
|  |  | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
| February 22, 2006 | C. Edmiston  (Sentencing) | OTHER |

(Attach Additional Page for Designations if Necessary)

( )   As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).*

( )   I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )   I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( )   As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered   05/10/06              Estimated Date for Completion _____
Signature of Attorney _____     Phone Number   907.264.6635
Address    310 K Street, Suite 200
           Anchorage, Ak  99501

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
   (Signature of Court Reporter)

( )  Arrangements for payment were made on _____
( )  Arrangements for payment have not been made pursuant to FRAP 10(b).
     Approximate Number of Pages _____    Due Date _____

Section C - To Be Completed by Court Reporter

     Date Transcript Filed _____    Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)