**FILED**

**APR 24 2006**

**CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS**

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ARNOLD WESLEY FLOWERS,<br><br>Defendant - Appellant. | Nos. 06-30210, 06-30211<br><br>D.C. Nos. CR-02-28-OMP,<br>CR-02-22-OMP<br>District of Alaska,<br>Anchorage<br><br>ORDER |

The court sua sponte consolidates appeal nos. 06-30210 and 06-30211.

The briefing schedule established previously remains in effect for these

consolidated appeals.

For the Court

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\04.06\nw\06-30210+.wpd