## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>　UNITED STATES OF AMERICA　</u>　v.　<u>　ARNOLD WESLEY FLOWERS　</u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                      CASE NO.　<u>　3:02-cr-00022-OMP　</u>

<u>　Pam Richter　</u>

<u>PROCEEDINGS: **CLERK'S NOTICE**                           DATE: June 1, 2006</u>

      The certificate of record filed in U.S. District Court on April 25, 2006, at docket 270 was prematurely filed and should be disregarded.

[ ]{CLERKNOT.WPD*Rev.12/97}