**FILED**

UNITED STATES COURT OF APPEALS

AUG 1 1 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

RECEIVED
AUG 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| UNITED STATES OF AMERICA, | Nos. 06-30210, 06-30211 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CR 02-28-OMP |
| v. | CR 02-22-OMP |
| ARNOLD WESLEY FLOWERS, | District of Alaska, Anchorage |
| Defendant - Appellant. | ORDER |

Appellant's motion for voluntary dismissal of these consolidated appeals is granted. These appeals are dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate for appeal nos. 06-30210 and 06-30211.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 1 1 2006

by: Deputy Clerk

For the Court

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\08.06\nw\06-30210+v.wpd