# LIST OF EXHIBITS

---

Case No. 3:02-CR-00028-01-OMP and 3:02-CR-00022-01-OMP     Judge: OWEN M. PANNER

Title     UNITED STATES OF AMERICA
   vs.
        ARNOLD WESLEY FLOWERS

Dates of Hearing: November 18, 2010

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Byron G. Chatfield | Hugh Fleischer |
|  |  |
|  |  |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | A | X |  | Bill of Sale of Camero |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |